**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| MERRICK LITTLE, | : | |
| Plaintiff, | : | **ORDER** |
| v. | : | Civ. No. 09-5183 (WHW) |
| JOHN DOE and RICHARD ROE, fictitious names representing individuals having actual identity unknown to plaintiff at this time, DORIS ANSOMAH, HILTON HOSPITALITY INC., SURREY HOTEL MANAGEMENT, and/or ABC CORP., a fictitious name having actual identity unknown to plaintiff at this time, doing business as HILTON NEWARK PENN STATION HOTEL, | : | |
| Defendants. | : | |

**Walls, Senior District Judge**

For the reasons set forth in the accompanying Opinion,

It is, on this 28th day of SEPTEMBER, 2010:

ORDERED that defendant's Motion for Summary Judgment is GRANTED.

IT IS FURTHER ORDERED that the Complaint is DISMISSED WITH PREJUDICE.

<u>s/ William H. Walls</u>

United States Senior District Judge